**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASSURANCE COMPANY OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DIAMONDBACK METAL SYSTEMS, LLC,**<br><br>    **Defendant.** | **1:10-cv-00619-OWW-GSA**<br><br>**ORDER GRANTING MOTION TO STAY (Doc. 8)** |

Plaintiff Assurance Company of America ("Plaintiff") proceeds with an action against Diamondback Metal Systems, LLC ("Defendant").

After filing the complaint in this action, Plaintiff discovered that Defendant had filed for bankruptcy protection. Defendant has not filed an answer to the complaint, and Plaintiff has not yet obtained an order from the Bankruptcy Court modifying the automatic stay. *See* 11 U.S.C. § 362 (establishing automatic stay of claims against a debtor who has filed for bankruptcy relief). Plaintiff's unopposed motion to stay this action for sixty (60) days is GRANTED.

IT IS SO ORDERED.

**Dated:    November 1, 2010**              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1