Michael W. Goodin (State Bar No. 142288)
mgoodin@clausen.com
G. Brent Sims (State Bar No. 179397)
bsims@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
(949) 260-3100; Fax: (949) 260-3190

Attorneys for Plaintiff, ASSURANCE COMPANY OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA as Subrogee for Bass Lake Industrial,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMONDBACK METAL SYSTEMS, LLC and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 1:10-cv-00619 OWW GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br> Date:    February 3, 2011<br> Time:    8:15 a.m. |

The Court has reviewed Plaintiff ASSURANCE COMPANY OF AMERICA's status report and vacates the February 3, 2011 Scheduling Conference forthwith.

Additionally, after considering the status report submitted by Plaintiff and for good cause appearing, the Court continues the Scheduling Conference, as follows:

1.  The Court continues the Scheduling Conference for sixty (60) days to allow the parties in the Superior Court case time to settle at mediation and/or proceed to trial and/or to allow Assurance time to take the actions necessary to obtain an order from the

-1-

PDF created with pdfFactory trial version www.pdffactory.com

bankruptcy proceedings against Diamondback to allow this matter to proceed.  Therefore, the Scheduling Conference is now ordered CONTINUED to April 15, 2011 at 8:15AM.

2. The Court further orders that the Joint Scheduling Conference Statement due 7 days before the hearing date shall be electronically filed in CM/ECF and emailed in WordPerfect or Word format to owworders@caed.uscourts.gov.

**IT IS SO ORDERED.**

DATED:    February 2, 2011              /s/ OLIVER W.WANGER
                                         United States District Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com