Michael W. Goodin (State Bar No. 142288)
mgoodin@clausen.com
G. Brent Sims (State Bar No. 179397)
bsims@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
(949) 260-3100; Fax:  (949) 260-3190

Attorneys for Plaintiff, ASSURANCE COMPANY OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA as Subrogee for Bass Lake Industrial,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIAMONDBACK METAL SYSTEMS, LLC and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. **1:10-CV-00619-OWW-GSA**<br><br>**ORDER ON ADDITIONAL TIME TO FILE DISMISSAL** |

After considering all papers submitted, the court hereby extends the time for filing of a dismissal to fourteen (14) days.  Plaintiff is ordered to file a motion for dismissal in conjunction with the terms of the settlement on or before May 25, 2011.

///

///

IT IS SO ORDERED.

    Dated:   **May 11, 2011**                      **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE