1  Jube J. Najarian, No. 99082
2  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
3  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
4  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
5  Attorney for Defendant DIAMONDBACK METAL SYSTEMS, LLC.
6
7                   UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9

10 ASSURANCE COMPANY OF AMERICA,         Case No.: 1:10-CV-00619-OWW-GSA
11             Plaintiff,
12     v.                                **ORDER ON STIPULATION FOR DISMISSAL**
13 DIAMONDBACK METAL SYSTEMS, LLC,
14             Defendant.
15
16     Based upon the Stipulation between the parties filed on June 14, 2011, it is hereby
17 Ordered that the above-captioned action be and hereby is dismissed with prejudice
18 pursuant to FRCP 41(a)(1), with each side to bear their own attorney's fees and costs.
19
20
21
22 IT IS SO ORDERED.
23
       Dated:  **June 16, 2011**              **/s/ Oliver W. Wanger**
24                                            UNITED STATES DISTRICT JUDGE
25
26
27
28

Order on Stipulation for Dismissal – Page 1